UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL PEREZ ORTEGA et al.,

V.                          CIVIL NO. 98-2379 (RLA)

AUTORIDAD DE CARRETERAS, et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/5/99   Docket # 27<br>[X] Plaintiffs<br><br>Title: Motion of Partial Compliance and Requesting Additional Time (to Identify Unknown Defendants) | GRANTED as requested until November 8, 1999.<br><br>IT IS FURTHER ORDERED that the Clerk of the Court shall issue the pertinent summons in the name of CIGNA INSURANCE COMPANY. |

October 12, 1999
      Date

By [signature]
RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By: [signature]   #29