UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 22 AM 7:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MICHAEL PEREZ ORTEGA et al.,

V.                              CIVIL NO. 98-2379 (RLA)

AUTORIDAD DE CARRETERAS, et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/12/99   Docket # 28<br>[X] DEFENDANT Autoridad De Carreteras<br><br>Title: Notice of Service of Motion for Summary Judgment | NOTED. Plaintiffs shall notify their opposition in due course in accordance with the undersigned's "Amended Standing Order - Procedure for Filing Dispositive Motions in Civil Cases Assigned to Judge Raymond L. Acosta", issued on May 18, 1998. |

October 19, 1999                 By: _____
     Date                         RAYMOND L. ACOSTA
                                  U.S. District Judge

Rec'd:          EOD:

By:             # 30