UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL PEREZ ORTEGA et al.,

V.                        CIVIL NO. 98-2379 (RLA)

AUTORIDAD DE CARRETERAS, et al.

### O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/28/99   Docket # 31<br>[X] Plaintiffs<br><br>**Title:** Motion to Inform Additional Unknown Defendant's Name | NOTED. The Clerk of the Court shall issue appropriate summons in the name of JAVIER DOMENECH, his spouse, and their conjugal partnership.<br><br>IT IS FURTHER ORDERED that **on or before November 15, 1999**, plaintiffs shall file the return of the executed service of summons and complaint upon CIGNA INSURANCE COMPANY. |

November 2, 1999               RAYMOND L. ACOSTA
        Date                    U.S. District Judge

Rec'd:           EOD:

By:              #