UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL PEREZ ORTEGA et al.,

V.     CIVIL NO. 98-2379 (RLA)

AUTORIDAD DE CARRETERAS, et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/28/99   Docket # 31<br>[X] Plaintiffs<br><br>Title: Motion Related to Excecution [sic] of Summons Upon Cigna Insurance | NOTED. Plaintiffs are admonished that unless the stipulation for dismissal of the claims against AUTORIDAD DE CARRETERAS and/or the executed summons upon CIGNA INSURANCE is filed **on or before January 10, 2000**, sanctions may be imposed, including but not limited to economic sanctions and/or dismissal of the complaint for lack of prosecution.<br>   This case was filed approximately one year ago, and to this date plaintiffs have not completed service of summons upon all identified parties to this litigation. Accordingly, IT IS FURTHER ORDERED that unless plaintiffs file **on or before January 10, 2000**, copies of the executed service of summons upon JAVIER DOMENECH, spouse and conjugal partnership, the claims against these defendants shall be automatically dismissed. |

December 20, 1999           RAYMOND L. ACOSTA
     Date                   U.S. District Judge

Rec'd:           EOD:

By:              #34