IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL PEREZ ORTEGA et al.,

    Plaintiffs,

    v.                              CIVIL NO. 98-2379 (RLA)

AUTORIDAD DE CARRETERAS DE
PUERTO RICO, et al.,

    Defendants.

### PARTIAL JUDGMENT DISMISSING CLAIMS AGAINST AUTORIDAD DE CARRETERAS AND CIGNA INSURANCE CO.

The Stipulated Motion to Voluntarily Dismiss Against Co-defendant Autoridad de Carreteras de Puerto Rico and Cigna Insurance Co., filed by the parties on December 29, 1999 (**docket No. 35**) is hereby **GRANTED**.

Accordingly, it is hereby ORDERED and ADJUDGED that the claims filed in this action against AUTORIDAD DE CARRETERAS DE PUERTO RICO and CIGNA INSURANCE COMPANY be and the same are hereby **DISMISSED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of January, 2000.

                              RAYMOND L. ACOSTA
                              United States District Judge

AO 72
(Rev 8/82)