UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'00 FEB -7 AM 8 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MICHAEL PEREZ ORTEGA et al.,

V.                                CIVIL NO. 98-2379 (RLA)

AUTORIDAD DE CARRETERAS, et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 1/26/00   Docket # 40<br>[X] Codefendant JAVIER DOMENECH<br><br>Title: Motion Requesting Extension of Time in Which to Plead | GRANTED as requested until February 22, 2000. |

February 3, 2000                RAYMOND L. ACOSTA
    Date                         U.S. District Judge

Rec'd:            EOD:

By: ho            # 41

2