UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 FEB 25 AM 8 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MICHAEL PEREZ ORTEGA et al.,

V.                          CIVIL NO. 98-2379 (RLA)

AUTORIDAD DE CARRETERAS, et al.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed: 2/14/00    Docket # 42** **[X] Codefendant conjugal partnership** **Title: Motion Requesting Extension of Time in Which to Plead** | **DENIED.**  The conjugal partnership's Answer shall be filed FORTHWITH, or, in any event, **no later than March 3, 2000.** |

February **13** , 2000
        Date

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: *ho* | # 44 |