IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 FEB 29 AM 8:00

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MICHAEL PEREZ ORTEGA, et al.,  '

 Plaintiffs,  '

 v.  '  CIVIL NO. 98-2379 (RLA)

AUTORIDAD DE CARRETERAS,  '
et al.,  '

 Defendants.  '

---

### ORDER SETTING INITIAL SCHEDULING CONFERENCE
### AND INSTRUCTING PARTIES TO FILE
### JOINT INITIAL SCHEDULING MEMORANDUM

An INITIAL SCHEDULING CONFERENCE is hereby scheduled before the undersigned[1] for **April 25, 2000; at 2:30 p.m.**

The parties shall file **on or before April 14, 2000** a **JOINT INITIAL SCHEDULING MEMORANDUM** with the following information:

1. Factual version of the case.

2. Applicable legal theories.

3. List of fact witnesses with a concise one sentence reference to the expected testimony of each.

4. List of expert witness(es) with reference to respective field(s) of expertise.

The parties are admonished that additional witnesses, whether fact or expert, will not be permitted unless allowed by the Court upon good cause shown.

---

[1] The parties shall contact the undersigned's chambers to verify where the conference will be held.



CIVIL NO. 98-2379 (RLA)                                    Page 2

The written reports for the expert witnesses shall include:

"[A] complete statement of all opinions to be

expressed and the basis and reasons therefor;

the data or other information considered by the

witness in forming the opinions; any exhibits

to be used as a summary of or support for the

opinions; the qualifications of the witness,

including a list of all publications authored

by the witness within the preceding ten years;

the compensation to be paid for the study and

testimony; and a listing of any other cases in

which the witness has testified as an expert at

trial or by deposition within the preceding

four years.

Rule 26(a)(2)(B) Fed. R. Civ. P.

5.   A list of all documentary evidence available to support the parties' respective contentions.

6.   Itemization of all discovery to be conducted, including interrogatories,[2] requests for admissions, requests for production and depositions.

7.   If a party intends to amend its pleadings, join parties, or file a third party complaint, reference must me made as to the

_____

[2] Interrogatories shall be limited to no more than twenty-five (**25**) questions. <u>See</u> Rule 33(a) Fed. R. Civ. P.

CIVIL NO. 98-2379 (RLA)                                    Page 3

specific action that it wishes to take, identifying both the parties and the relief sought.

    8.   For all dispositive motions the parties anticipate filing:

       a.   Identify the proponent;

       b.   Describe the nature and subject matter of the motion;

       c.   Identify the party(ies) against whom the motion will be addressed; and

       d.   The expected date for submission of the dispositive motion in accordance with the AMENDED STANDING ORDER issued on May 19, 1998 setting forth the PROCEDURE FOR FILING DISPOSITIVE MOTIONS IN CIVIL CASES ASSIGNED TO JUDGE RAYMOND L. ACOSTA.

    9.   The parties shall include proposed deadlines for each of the following categories of discovery:

- Deadline for parties to propound all written discovery.

- Deadline for plaintiff to identify all expert witnesses (if unknown at the time of filing the ISC memorandum).

- Deadline for conclusion of all fact witnesses depositions.

- Deadline for submission of reports of all plaintiff's expert witnesses.

- Deadline for conclusion of depositions of all of plaintiff's expert witnesses.

- Deadline for defendant to identify all expert witnesses (if unknown at the time of filing the ISC memorandum).

**CIVIL NO. 98-2379 (RLA)**                                          **Page 4**

- Deadline for submission of reports of all defendant's expert witnesses.

- Deadline for conclusion of depositions of all defendant's expert witnesses.

- Deadline for serving dispositive motions to opposing counsel.

10.  Any other matter the parties deem appropriate.

Failure to comply with the terms of this Order shall result in the imposition of sanctions including but not limited to the dismissal of the complaint, entry of default and/or sanctions against counsel personally.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 25th day of February, 2000.

_____
RAYMOND L. ACOSTA
United States District Judge