IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 APR 25 AM 7:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

MICHAEL PEREZ ORTEGA and
ESTELA R. ORTEGA,

    Plaintiffs,

v.                                    CIVIL NO. 98-2379 (RLA)

AUTORIDAD DE CARRETERAS DE
PUERTO RICO, et al.,

    Defendants.

## ORDER RESCHEDULING INITIAL SCHEDULING CONFERENCE

The **Initial Scheduling Conference** scheduled for April 25, 2000, at 2:30 p.m. is hereby **rescheduled for Wednesday, April 26, 2000, at 10:30 a.m.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 19th day of April, 2000.

RAYMOND L. ACOSTA
United States District Judge