IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MICHAEL PEREZ ORTEGA et al., | |
| Plaintiffs, | |
| v. | CIVIL NO. 98-2379 (RLA) |
| AUTORIDAD DE CARRETERAS et al., | |
| Defendants. | |

### MINUTES AND ORDER OF INITIAL SCHEDULING CONFERENCE HELD ON APRIL 26, 2000, SETTING DISCOVERY DEADLINES AND ESTABLISHING TRIAL AND PRETRIAL SCHEDULE

The parties appeared before the undersigned in chambers for an Initial Scheduling Conference on April 26, 2000, from 10:30 a.m. to 11:20 a.m. LUIS M. ORTEGA GARCIA, ESQ., represented plaintiffs. Codefendants JAVIER DOMENECH and the conjugal partnership established with his wife were represented by CARLOS A. MERCADO RIVERA, ESQ.

The Court heard the parties' versions of who allegedly owns the animal (cow/bull) that caused the accident giving rise to this litigation. Defendants allege that they are not the owners of the animal because all of their cattle are branded and confined within their property by properly constructed fences. Plaintiffs allege that defendants constitute the only cattle herder in the area, that the accident occurred in a segment of the highway that is immediately adjacent to the defendant's pasture land, that the cattle was of a breed that is owned by defendant and that defendant admitted, to

plaintiff's private investigator, that the some of the fences in his property needed repairs.

## UNKNOWN DEFENDANTS

The Court inquired of counsel as to the status of the unidentified defendants. Counsel for defendants acknowledged that COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO is DOMENECH's insurer.

Therefore, the Court having dismissed codefendants AUTORIDAD DE CARRETERAS (docket No. 37) and the COMMONWEALTH OF PUERTO RICO (docket No. 23), and plaintiffs having further identified JOHN DOE and JANE DOE and the CONJUGAL PARTNERSHIP as defendants JAVIER DOMENECH, his wife and their conjugal partnership (docket No. 31) it is

HEREBY ORDERED that unknown defendants INSURANCE COMPANY Y, BOB DOE and INSURANCE COMPANY W are hereby DISMISSED. Judgment to issue.

## DISCOVERY DEADLINES

After a brief discussion of plaintiff's damages, the Court engaged counsel in a discussion of pending and proposed discovery.

Accordingly, it is hereby ORDERED that the parties shall abide by the following discovery timetable:

5/15/00        Deadline to propound written discovery

CIVIL NO. 98-2379 (RLA) Page 3

| | | |
|---|---|---|
| 1 | 5/19/00 | Deadline for parties to answer interrogatories and |
| 2 | | respond to requests for production of documents |
| 3 | 6/15/00 | Deadline for defendants to identify expert |
| 4 | | |
| 5 | | witness(es) |
| 6 | 6/30/00 | Deadline for depositions of all fact witnesses |
| 7 | | (except plaintiff MICHAEL ORTEGA) |
| 8 | 8/31/00 | Deadline for depositions of plaintiffs' expert |
| 9 | | |
| 10 | | witnesses |
| 11 | 9/30/00 | Deadline for defendants' expert report(s) |
| 12 | 10/30/00 | Deadline for depositions of defendants' expert |
| 13 | | witness(es) |
| 14 | | |
| 15 | 11/15/00 | Deadline for filing dispositive motions in accordance |
| 16 | | with undersigned's Standing Order |

**PRETRIAL AND TRIAL SETTINGS**

A JURY TRIAL in these proceedings shall commence on **December 20, 2000, at 9:30 a.m.**

A PRETRIAL/SETTLEMENT CONFERENCE is hereby scheduled for **December 12, 2000, at 2:30 p.m.** Counsel for the parties shall appear prepared to discuss settlement negotiations in earnest with the necessary authority from their respective clients.

# PRETRIAL ORDER

A PROPOSED JOINT PRETRIAL ORDER shall be filed **on or before December 4, 2000**.[1] Once approved by the Court, the Proposed Joint Pretrial Order may be modified only upon a showing of good cause.

The PROPOSED JOINT PRETRIAL ORDER shall set forth the following:

### I. Nature of the Case

A statement of the nature of the case agreed upon by all parties. In the event that the parties cannot agree upon a single description, separate versions shall be submitted.

### II. Theories of the Parties

Each party shall present concisely its pertinent legal theories including applicable citations to statutes and caselaw. Counsel are directed to fully disclose all trial issues since the Proposed Joint Pretrial Order will supersede the pleadings in establishing the issues to be heard and considered at trial.

### III. Admitted Facts

The parties shall provide a comprehensive listing of all admitted or stipulated facts.

---

[1] A courtesy copy shall be delivered directly to the chambers of the undersigned.

**IV.  Contested Facts**

The parties shall provide a listing of contested facts.

**V.   List of Exhibits**

This section shall contain a listing of all exhibits which have been pre-marked/numbered. Each exhibit shall be identified by a descriptive title as well as its identification number. The parties shall indicate which exhibits, if any, are not objected to by opposing counsel. An additional copy of all documents intended to be used at trial shall also be furnished to the undersigned in accordance with the STANDING ORDER FOR CIVIL TRIALS issued by the undersigned on **February 10, 1994**.

**VI.  Depositions**

The party wishing to use deposition testimony at trial shall list the depositions. Additionally, designations and objections shall be submitted in accordance with the undersigned's STANDING ORDER FOR CIVIL TRIALS issued on **February 10, 1994**.

**VII. Witnesses**

Each party shall identify witnesses to be presented at trial and include a brief, one paragraph, offer of proof.

**VIII. Expert Witnesses**

When applicable, each party shall list its expert witness and include his/her curriculum vitae and an offer of proof. If an expert report has been produced, THE REPORT SHALL BE SUBMITTED IN CONJUNCTION WITH THE OFFER OF PROOF.

**IX.    Itemized Statement of Special Damages**

In the event that the issue of special damages may arise, an itemized statement of special damages shall be incorporated into the Proposed Joint Pretrial Order. The party or parties not in agreement with the proposed statement shall include its/their opposition in this section.

**X.     Estimated Length of Trial**

Parties shall indicate the estimated length of trial.

**SANCTIONS**

Counsel are hereby admonished that the failure to comply with any of the terms of this Order may result in the imposition of

sanctions upon them personally and/or dismissal of witnesses, claims and/or defenses, as the Court deems appropriate.

**STANDING ORDER**

The parties shall also file a TRIAL BRIEF, PROPOSED VOIR DIRE, JURY INSTRUCTIONS, and VERDICT FORM[2] no later than **December 15, 2000**, in accordance with the undersigned's STANDING ORDER FOR CIVIL TRIALS issued on **February 10, 1994**. The parties shall make the necessary arrangements with the courtroom deputy clerk to have the evidence marked prior to trial.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 28th day of April, 2000.

_____
RAYMOND L. ACOSTA
United States District Judge

---

[2] Courtesy copy shall be delivered directly to the chambers of the undersigned.

AO 72
(Rev 8/82)

## SUMMARY OF DEADLINES

| Date | Deadline |
|---|---|
| 5/15/00 | Deadline to propound written discovery |
| 5/19/00 | Deadline for parties to answer interrogatories and respond to requests for production of documents |
| 6/15/00 | Deadline for defendants to identify expert witness(es) |
| 6/30/00 | Deadline for depositions of all fact witnesses (except plaintiff MICHAEL ORTEGA) |
| 8/31/00 | Deadline for depositions of plaintiffs' expert witnesses |
| Sept/00 | Deposition and medical evaluation of plaintiff MICHAEL ORTEGA |
| 9/30/00 | Deadline for defendants' expert witness report(s) |
| 10/30/00 | Deadline for depositions of defendants' experts |
| 11/15/00 | Deadline for filing dispositive motions in accordance with undersigned's Standing Order |
| 12/4/00 | Deadline for filing of Joint Pretrial Order |
| 12/12/00 | PRETRIAL/SETTLEMENT CONFERENCE at 2:30 p.m. |
| ****** | Marking of evidence with courtroom deputy clerk |
| 12/15/00 | Deadline for filing of Trial Briefs |
| 12/20/00 | JURY TRIAL at 9:30 a.m. |