IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL PEREZ ORTEGA et al.,

    Plaintiffs,

    v.                        CIVIL NO. 98-2379 (RLA)

AUTORIDAD DE CARRETERAS DE
PUERTO RICO, et al.,

    Defendants.

**PARTIAL JUDGMENT DISMISSING CLAIMS AGAINST
UNKNOWN DEFENDANTS**

The Court having dismissed unknown defendants through Order issued on this date, it is

HEREBY ORDERED and ADJUDGED that the claims filed in this action against unknown defendants INSURANCE COMPANY Y, BOB DOE and INSURANCE COMPANY W be and are hereby **DISMISSED**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of April, 2000.

                               RAYMOND L. ACOSTA
                               United States District Judge

AO 72
(Rev 8/82)