UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2000 AUG 11 PM 6:51
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN, PR

MICHAEL PEREZ ORTEGA and
ESTELA R. ORTEGA

    V.                    CASE NUMBER: CIVIL 98-2379 (R)

AUTORIDAD DE CARRETERAS
DE PUERTO RICO, et al.

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 8/3/00  Docket # 50<br>[ ] Plffs  [X] CoDeft<br>JAVIER DOMENECH<br><br>Title: Motion Requesting For Additional Counsel | Appearance of CONCHITA TORO, ESQ. As co-counsel to attorney Luis Ortega on behalf of MR. JAVIER DOMENECH is hereby NOTED. |

August 10, 2000           RAYMOND L. ACOSTA
Date                     U.S. District Judge

Rec'd:   E

By: