UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL PEREZ ORTEGA and
ESTELA R. ORTEGA

    V.                                  CASE NUMBER: CIVIL 98-2379 (RLA)

AUTORIDAD DE CARRETERAS
DE PUERTO RICO, et al.

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 8/7/00     Docket # 51<br>[ ] Plffs          [X] CoDeft<br>JAVIER DOMENECH<br><br>Title: Motion Requesting For Additional Counsel | GRANTED. See docket No. 52.<br><br>*[Stamp: RECEIVED AND FILED 2000 AUG 18 AM 11:52 CLERK'S OFFICE ANNEX U.S. DISTRICT COURT OLD SAN JUAN, PR]* |

August 17, 2000          RAYMOND L. ACOSTA
    Date                 U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 53 |

3