UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL PEREZ ORTEGA et al.,

V.  CIVIL NO. 98-2379 (RLA)

AUTORIDAD DE CARRETERAS, et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 2/14/00   Docket # 42<br>[X] Plaintiffs and codefendant JAVIER DOMENECH<br><br>Title: Joint Motion for Continuance of Trial Setting | GRANTED as follows:<br><br>1/11/01  Deadline for filing of Joint Pretrial Order<br><br>1/17/01  PRETRIAL/SETTLEMENT CONFERENCE at 2:30 a.m.<br><br>******  Marking of evidence with courtroom deputy clerk<br><br>1/24/01  Deadline for filing of Trial Briefs<br><br>1/31/01  JURY TRIAL at 9:30 a.m.<br><br>IT IS FURTHER ORDERED that all other trial and pretrial settings established in our Order of April 28, 2000 (docket No. 48) are hereby VACATED. |

November 16, 2000          RAYMOND L. ACOSTA
Date                       U.S. District Judge

Rec'd:          EOD:

By: