UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL PEREZ ORTEGA et al.,

V.   CIVIL NO. 98-2379 (RLA)

JAVIER O. DOMENECH HERNANDEZ,
his spouse MAYRAH I PEREZ
ZAPATA and the CONJUGAL PARTNERSHIP
established among them, COOPERATIVA
DE SEGUROS MULTIPLES.



O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 11/14/00   Docket # 55  [X] Co-defendant DOMENECH  Title: Motion Requesting the Transfer of the Trial date and Announcing the Inclusion of an Additional Expert Witness | Defendants' very belated request to add an expert witness is **DENIED**. The deadline for announcing, providing their reports and deposing expert witnesses is long past. See Minutes and Order of Initial Scheduling Conference Held on April 26, 2000...(docket No. 48, filed on May 2, 2000). The request to extend the trial date to the end of January 2001 is **MOOT**. The trial date has already been postponed to January 31, 2001. See docket No. 56. |
| Date Filed: 11/28/00   Docket # 57  [X] Plaintiffs  Title: Motion Requesting Order | GRANTED AND SO ORDERED. IT IS FURTHER ORDERED THAT henceforth all filings in this action shall indicate the caption of this case as set forth herein. |

December _____, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By: _____        # 58

3