UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL PEREZ ORTEGA et al.,

V.   CIVIL NO. 98-2379 (RLA)

JAVIER O. DOMENECH HERNANDEZ,
his spouse MAYRAH I PEREZ
ZAPATA and the CONJUGAL PARTNERSHIP
established among them, COOPERATIVA
DE SEGUROS MULTIPLES.



O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 1/11/01   Docket # 59<br>[X] Parties<br><br>Title: Stipulated Motion Requesting Additional Time to Comply With Order | **GRANTED.** In the event the case is not settled, the JOINT PRETRIAL ORDER shall be filed **on or before January 18, 2001.** Likewise, the PRETRIAL/SETTLEMENT CONFERENCE scheduled for January 17, 2001, is hereby reset for **January 23, 2001,** at 2:30 p.m. |

January 12, 2001
    Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:     EOD:

By: #60