Case 3:98-cv-02379-RLA     Document 62     Filed 01/19/2001     Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MICHAEL PEREZ ORTEGA et al.,

V.                                        CIVIL NO. 98-2379 (RLA)

AUTORIDAD DE CARRETERAS, et al.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed: 1/18/01**  Docket #61  [X] Parties  **Title: Joint Motion in Compliance with Order** | **GRANTED.** A motion for voluntary dismissal or submitting settlement stipulation shall be filed **no later than February 6, 2001.**  Accordingly, IT IS FURTHER ORDERED that the TRIAL scheduled for January 31, 2001, and the PRETRIAL/SETTLEMENT CONFERENCE scheduled for January 23, 2001, are hereby **VACATED**. |

January 18, 2001
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:       EOD:

By: _____   #62