IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICHAEL PEREZ ORTEGA, et al.,

Plaintiffs,

v.                                CIVIL NO. 98-2379 (RLA)

AUTORIDAD DE CARRETERAS DE
PUERTO RICO, et al.,

Defendants.

**JUDGMENT**

The Stipulation for Settlement, filed by the parties on February 7, 2001 (docket No. **63**) is hereby **APPROVED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the parties be and the same are bound by the terms of their Stipulation which are incorporated herein *in extenso*.

It is further ORDERED AND ADJUDGED that defendants shall pay plaintiffs the total sum of **$265,000.00** in full compensation of the claims asserted in the complaint.

It is further ORDERED AND ADJUDGED that payment of the full settlement amount shall be effected within 10 days from entry of this Judgment.

It is further ORDERED AND ADJUDGED that the complaint filed in this case is hereby **DISMISSED WITH PREJUDICE** without imposition of costs, or attorney fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of February, 2001.

_____
RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)